IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 03–00171-01-CR-W-ODS |
| | ) | |
| HESSAM GHANE a/k/a SAM GHANE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND FINDING DEFENDANT COMPETENT TO STAND TRIAL

On July 15, 2005, the Honorable Robert E. Larsen, United States Magistrate Judge for this district, issued an Order in which he recommended the Court find Defendant competent to stand trial. There is no objection to Judge Larsen's recommendation.

The Court has reviewed the record, including (1) the doctors' report from the Federal Medical Center in Butner, North Carolina, that was prepared earlier this year and (2) the transcript of the proceedings before Judge Larsen on July 14, 2005. After considering the absence of objections and after conducting a de novo review, the Court adopts Judge Larsen's recommendation. The Court hereby finds Defendant is competent to assist in his legal defense and to stand trial.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: August 1, 2005        UNITED STATES DISTRICT COURT