IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 03-00171-01-CR-W-ODS |
| HESSAM GHANE, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM

On June 28, 2006, I received a letter via facsimile from Drs. Linda McCandless and Scott Bowlin of Corrections Corporation of America ("CCA"). The letter was dated June 12, 2006, and generally discussed a recent change in Defendant's medication regimen. I am attaching a copy of this letter as a sealed exhibit, as I find that Defendant's interest in protecting privileged medical information outweighs the public's interest in obtaining such materials.

Counsel for Defendant, Justin Johnston, advised on June 27, 2006, that Defendant appeared lucid in recent conversations and that he had not noticed any ill-effects from the change. As a result, I will not take any action at this time. Counsel are charged with closely monitoring Defendant's condition and should inform me immediately if they observe any negative changes.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
June 28, 2006